# CERTIFICATE OF DEBTOR EDUCATION

I certify that on 10/10/2026, Melissa Smith

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the Middle District of North Carolina .

Case number: 26-50810

Certificate number: NCM26-508105075099

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance