# Certificate of Debtor Education

I certify that on 10/15/2026, Alisa Holma

completed a course on personal financial management given by Sage Personal Finance, an approved provider of debtor education in the Middle District of North Carolina.

Case number: 26-50836

Certificate number: NCM26-508365078354

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance